COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



GENE HALEY,


 Appellant,


v.


WILLIAM F. PETERSON, III,
INDIVIDUALLY AND AS TRUSTEE TO
THE VIVA O. PETERSON TRUST AS
CLASS REPRESENTATIVE,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-07-00082-CV



Appeal from the


109th District Court


of Winkler County, Texas


(TC# 14,274)



MEMORANDUM OPINION


 Pending before the Court is a joint motion to remand requesting that this Court remand the
case to the trial court for rendition of judgment in accordance with the parties' compromise and
settlement agreement. See Tex. R. App. P. 42.1(a)(2)(B).

 On April 19, 2007, this Court referred the parties to mediation pursuant to Tex. Civ. Prac.&
Rem. Code Ann. § 154.021, et. seq. According to the parties' motion, the matter was successfully
mediated and settled on June 11, 2007. The Court has considered the cause on the parties' motion
and has concluded the motion should be granted.

 Therefore, we set aside the trial court's judgment without regard to the merits and remand
this cause to the trial court for further proceedings consistent with the parties' settlement agreement.



 KENNETH R. CARR, Justice

July 5, 2007


Before Chew, C.J., McClure, and Carr, JJ.